IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

       Plaintiff,                 No. CIV S-08-0630 FCD JFM P

    vs.

PLEASANT VALLEY STATE
PRISON, et al.,

       Defendants.              <u>ORDER</u>

      /

Plaintiff, a state prisoner at Pleasant Valley State Prison, has filed a document styled as a motion. By this document, plaintiff seeks leave to file a civil rights action in the Sacramento Division of this Court.[1] No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[2] See 28 U.S.C. §§ 1914(a), 1915(a). The court

---

[1] It appears that plaintiff seeks to raise one or more claims of interference with his right of access to the courts against prison officials at Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County, which is part of the Fresno Division of this Court. Plaintiff is informed that this action will, as appropriate, be transferred to the Fresno Division of this Court should the allegations of a complaint filed pursuant to this order demonstrate that venue is proper in that division.

[2] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

PDF created with pdfFactory trial version www.pdffactory.com

will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's March 21, 2008 motion is denied without prejudice.

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

    a. The completed Notice of Filing; and

    b. An original and one copy of the Complaint.

Plaintiff's complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; and the complaint must bear the docket number assigned this case.

3. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

4. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action pursuant to 42 U.S.C. § 1983 with accompanying instructions together with a form Application to Proceed In Forma Pauperis by a Prisoner.

DATED: May 27, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mlm
diet0630.nocompl

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2
 3
 4
 5
 6
 7                      IN THE UNITED STATES DISTRICT COURT
 8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 9   DARRELL DIETLE,
10            Plaintiff,                    No. CIV S-08-0630 FCD JFM P
11        vs.
12   PLEASANT VALLEY STATE
     PRISON, et al.,                        NOTICE OF FILING
13
              Defendants.
14   _____/
15            Plaintiff hereby submits the following document in compliance with the court's
16   order filed _____:
17            _____        Complaint
18            _____        Application to Proceed In Forma Pauperis
                                                  OR
19            _____        $350.00 Filing Fee
20   DATED:
21
22                                          _____
                                            Plaintiff
23
24
25
26
                                            4
```

PDF created with pdfFactory trial version www.pdffactory.com