IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

      Plaintiff,                   No. 2:08-cv-0630 FCD JFM (PC)

   vs.

PLEASANT VALLEY STATE PRISON, et al.,

      Defendants.          ORDER

/

Plaintiff has requested an extension of time to file and serve objections to this court's September 9, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's September 22, 2008 application for an extension of time is granted; and

2. Plaintiff shall file and serve objections to the September 9, 2008 findings and recommendations on or before October 28, 2008.

DATED: September 30, 2008.

UNITED STATES MAGISTRATE JUDGE

12/mp
diet0630.36